# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Derse, Inc.,<br>        Plaintiff,<br>v.<br>3D Exhibits, Inc.,<br>        Defendant. | Case Number:<br><br>FILED: AUGUST 20, 2008<br>08CV4722<br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
TC
Plaintiff, Derse, Inc.

| |
|---|
| NAME (Type or print)<br>James R. Troupis |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/ James R. Troupis |
| FIRM<br>Michael Best & Friedrich LLP |
| STREET ADDRESS<br>One S. Pinckney Street, Suite 700 |
| CITY/STATE/ZIP<br>Madison, WI 53701-1806 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3122247 | TELEPHONE NUMBER<br>608.283.2250 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐