# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Derse, Inc., <br>     Plaintiff, <br> v. <br> 3D Exhibits, Inc., <br>     Defendant. | FILED: AUGUST 20, 2008 <br> 08CV4722 <br> JUDGE HOLDERMAN <br> MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Derse, Inc.

TC

| |
|---|
| NAME (Type or print) <br> Laura Shroyer Liss |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>    s/ Laura Shroyer Liss |
| FIRM <br> Michael Best & Friedrich LLP |
| STREET ADDRESS <br> 180 North Stetson, Suite 2000 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6231289 | TELEPHONE NUMBER <br> 312.222.0800 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐