# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

DERSE, INC.,                     )
                                 )
             Plaintiff,           )
                                 )   No.
     vs.                        )
                                 )   Judge
                                 )
3D EXHIBITS, INC.,               )
                                 )
             Defendant.           )

```
FILED: AUGUST 20, 2008
08CV4722
JUDGE HOLDERMAN
MAGISTRATE JUDGE MASON
TC
```

## PLAINTIFF DERSE, INC.'S
### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff Derse, Inc. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 7.1, state as follows:

Plaintiff does not have a parent corporation and no publicly held corporation owns 10% or more of Plaintiff's stock.

Dated: August 20, 2008               Respectfully submitted,

                                    Derse, Inc., Plaintiff

                         By:     s/ Daniel A. Kaufman
                                    One Of Its Attorneys

**MICHAEL BEST & FRIEDRICH LLP**
James R. Troupis #3122247
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, Wisconsin 53701-1806
Telephone: 608.257.3501

Daniel A. Kaufman #6194714
Laura Shroyer Liss #6231289
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Ave., Suite 2000
Chicago, Illinois 60601
Telephone: 312.222.0800