

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DERSE, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 08CV4722 ) ) Judge Holderman ) |
| 3D EXHIBITS, INC., | ) Magistrate Judge Mason ) |
| Defendant. | ) ) |

**NOTICE OF MOTION**

To:   Patrick C. Keeley, Esq.
     Piccione, Keeley & Associates, Ltd.
     County Farm Professional Park
     122C South County Farm Road
     Wheaton, Illinois  60187-4523

F I L E D
Aug 20, 2008
AUG 2 0 2008   YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE that on Tuesday, August 26, 2008 at 9:00 a.m., the undersigned will appear before Judge Holderman in Courtroom 2541 in the above-referenced Court, Chicago, Illinois, and then and there present the foregoing *Plaintiff's Motion for Preservation of Evidence, or, in the Alternative, for Expedited Discovery, Including Producing to Plaintiff, or Allowing Plaintiff Entry Upon Land to Inspect, Examine and Copy, Tangible and Intangible Things,* copies of which are hereby served upon you.

Dated: August 20, 2008

Respectfully submitted,

Derse, Inc.

By: _____
    One of Its Attorneys

**MICHAEL BEST & FRIEDRICH LLP**

James R. Troupis #3122247
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, Wisconsin 53701-1806
Phone  608.257.3501
Fax  608.283.2275

Daniel A. Kaufman #6194714
Laura Shroyer Liss #6231289
Michael Best & Friedrich LLP
Two Prudential Plaza
180 N. Stetson Ave., Suite 2000
Chicago, Illinois 60601
Telephone: (312) 222-0800
Facsimile: (312) 222-0818