UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Derse, Inc.
                     Plaintiff,

v.                                       Case No.: 1:08−cv−04722
                                                 Honorable James F. Holderman

3D Exhibits, Inc.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 22, 2008:

      MINUTE entry before the Honorable James F. Holderman dated 8/22/08:Plaintiffs' motion for preservation of evidence, or, in the alternative, for expedited discovery, including producing to plaintiff, or, allowing plaintiff entry upon land to inspect, examine, and copy, tangible and intangible things noticed for hearing for 8/29/08 is reset to 9/4/08 at 9:00 a.m. The motion hearing set for 8/29/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.