AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Derse, Inc.,

    Plaintiff,

V.

3D Exhibits, Inc.,

    Defendant.

CASE NUMBER: 08CV4722

ASSIGNED JUDGE: JUDGE HOLDERMAN
MAGISTRATE JUDGE MASON

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

3D Exhibits, Inc.
c/o Patrick C. Keeley
Registered Agent of 3D Exhibits
Piccione, Keeley & Associates, Ltd.
County Farm Professional Park
122C S. County Farm Road
Wheaton, IL 60187

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel A. Kaufman
Laura Shroyer Liss
Michael Best & Friedrich LLP
180 N. Stetson, Suite 2000
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within \_\_\_\_20\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*J. Cervantes* (signature)

-----------------------------------
(By) DEPUTY CLERK

August 20, 2008

-----------------------------------
Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. **08CV4722**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Lewis Ellis**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( **X** ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
( **X** ) Other: **Civil Cover Sheet; Waiver of Service of Summons; Attorney Appearance Form (James R. Troupis); Attorney Appearance Form (Daniel A. Kaufman); Attorney Appearance Form (Laura Shroyer Liss); Plaintiff Derse, Inc.'s Rule 7.1 Corporate Disclosure Statement**

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( **X** ) On the within party, **3D Exhibits, Inc.** by leaving a copy with **Patrick Keeley, Registered Agent and Authorized Person**, on **August 20, 2008**, and informed that person of the contents thereof.

4. ( **X** ) That the sex, race and approximate age of the person with whom he left the documents were as follows
SEX: **Male**    RACE: **Caucasian**    APPROXIMATE AGE: **55-60**

5. ( **X** ) That the place where and the time of day when the documents were served were as follows:
PLACE: **Piccione, Keeley & Associates, Ltd., 122C S. County Farm Rd., Wheaton, IL**
TIME OF DAY: **2:29 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **22**nd day of **August 2008**.

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

Lewis Ellis
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885