MHK

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                              Case Number: 08 CV 4722

Derse, Inc., Plaintiff

v.

3D Exhibits, Inc., Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

3D Exhibits, Inc.

FILED
JN 8-26-2008
AUG 26 2008
Aug. 26, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Patrick C. Keeley |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Patrick C. Keeley |

| FIRM  Piccione, Keeley & Associates, Ltd. |
|---|

| STREET ADDRESS  122C South County Farm Road |
|---|

| CITY/STATE/ZIP  Wheaton, IL 60187 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 03124539 | TELEPHONE NUMBER 630-653-8000 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y |
|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y |
|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y |
|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y |
|---|

| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
|---|
| RETAINED COUNSEL            APPOINTED COUNSEL |