**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of     Case Number: 08 CV 4722

Derse, Inc., Plaintiff

v.

3D Exhibits, Inc., Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

3D Exhibits, Inc.

FILED
8-26-2008
AUG 26 2008
Aug. 26, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NAME (Type or print)
Thomas A. Jackson

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/Thomas A. Jackson

FIRM Piccione, Keeley & Associates, Ltd.

STREET ADDRESS 122C South County Farm Road

CITY/STATE/ZIP Wheaton, IL 60187

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6211220     TELEPHONE NUMBER 630-653-8000

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") Y

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL          APPOINTED COUNSEL