IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Derse, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 08 CV 4722 |
| ) | |
| 3D Exhibits, Inc. ) | Judge James F. Holderman |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:  James R. Troupis, Michael Best & Friedrich LLP, One South Pinckney Street, Suite 700, P.O. Box 1806, Madison, Wisconsin.
Daniel A. Kaufman, Michael Best & Friedrich LLP, Two Prudential Plaza, 180 N. Stetson Avenue, Suite 2000, Chicago, Illinois 60601.
Laura Shroyer Liss, Michael Best & Friedrich LLP, Two Prudential Plaza, 180 N. Stetson Avenue, Suite 2000, Chicago, Illinois 60601.

PLEASE TAKE NOTICE that on the 4th day of September, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James F. Holderman in Courtroom 2541, or any Judge as may be holding court in his absence, in the Courtroom usually occupied by him, at the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago Illinois, and then and there present the attached **Motion to Strike, or in the Alternative, to Deny or Stay Plaintiff's Motion for Preservation of Evidence, or in the Alternative, for Expedited Discovery.**

By: /s/ Kimberly A. Duda
One of Attorneys for Defendant

Patrick C. Keeley
Piccione Keeley & Associates, LTD
122C S. County Farm Road
Wheaton, Illinois 60187
630-653-8000

Kimberly A. Duda
19 S. LaSalle Street, Suite 1500
Chicago, Illinois 60603
312-346-0246

## PROOF OF SERVICE

Kimberly A. Duda, the attorney, certifies that she has served a true and correct copy of the foregoing Notice of Motion, together with the attached Motion to Strike, by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed above on August 28, 2008.

/s/ Kimberly A. Duda